In the Matter of the Application of THEODORE R. CARPENTER as Substituted Trustee under the Will of J. FAIRFIELD CARPENTER, Deceased. AMERICAN SURETY COMPANY OF NEW YORK et al., Appellants and Respondents; THEODORE R. CARPENTER, Individually and as Substituted Successor Trustee, Respondents and Appellants; FERRIS, BURGESS, HUGHES & DORRANCE, Appellants, and ALICE H. CARPENTER, Individually and as Administratrix of the Estate of J. FAIRFIELD CARPENTER, 3D, et al., Respondents.

Argued May 16, 1947; decided May 29, 1947.

*F. Walter Bliss, Alanson R. Fredericks, Warner M. Bouck, Margaret E. Bliss* and *George R. Crosby* for American Surety Company, appellant and respondent.

*J. Theodore Cross, William J. Foley* and *Francis C. Steates* for Theodore R. Carpenter, individually and as successor trustee, et al., respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, THACHER, DYE and FULD, JJ. Taking no part, LEWIS, J.